1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARIA DEL REFUGIO LUGO,

     Plaintiff,

v.

SMITH'S FOOD & DRUG CENTERS, INC.,

     Defendant.

Case No.: 2:21-cv-00032-JCM-NJK

**ORDER**

On November 30, 2020, Defendant Smith's Food & Drug Centers filed an answer in state court. *See* Docket No. 1-1 at 12. To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than January 21, 2021.

IT IS SO ORDERED.

Dated: January 15, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1