JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DEL REFUGIO LUGO, individually and JOSE SOSA as wife and husband;<br><br>          Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; an Ohio Corporation;  DOE SMITH'S FOOD & DRUG CENTERS, INC. EMPLOYEES I through X; DOES I through X, and ROE Corporations I through X, inclusive,<br><br>          Defendants. | Case No. 2:21-cv-00032-JCM-NJK<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties and their counsel of record participated in a private mediation on November 2, 2021 which resulted in the parties agreeing upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARIA DEL REFUGIO LUGO and JOSE SOSA, by and through her attorney of record, Mahana Pourshaban, Esq., of the law firm GINA CORENA & ASSOCIATES, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1. This case and all claims of MARIA DEL REFUGIO LUGO and JOSE SOSA against all Defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and

CLAC 6637171.1

costs; and

    2.    That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 30th day of November, 2021.

| GINA CORENA & ASSSOCIATES | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Gina Corena | /s/ Jerry S. Busby |
| Gina Corena, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 10330 | Nevada Bar No. 1107 |
| Mahna Pourshaban, Esq. | 3016 West Charleston Boulevard, #195 |
| Nevada Bar No. 13743 | Las Vegas, NV 89102 |
| 300 South Fourth Street – Suite 1250 | Telephone: (702) 366-1125 |
| Las Vegas, NV 89101 | Attorneys for Defendant |
| Telephone: (702) 680-1111 | SMITH'S FOOD & DRUG CENTERS, INC. |
| Attorneys for Plaintiffs | |
| MARIA DEL REFUGIO LUGO | |
| and JOSE SOSA | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: December 1, 2021

2

CLAC 6637171.1